**Maria Guadalupe Gonzalez CORONA; Anghell Berenic Nathalee Sanchez Gonzalez; Gildardo Rene Sanchez Martinez, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–72757.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted July 24, 2006.*

Filed Aug. 1, 2006.

Bruce C. Wong, Esq., Duxford Law Group, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Stacy S. Paddack, Kurt B. Larson, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM**

Maria Guadalupe Gonzalez Corona, her husband Gildardo Rene Sanchez Martinez and their daughter, Anghell Berenic Nathalee Sanchez Gonzalez, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order dismissing their appeal from an immigration judge's decision denying their application for cancellation of removal. We dismiss the petition for review.

The petitioners' contention that the BIA violated their due process rights by disregarding their evidence of hardship to their United States citizen daughter is not supported by the record and does not amount to a colorable constitutional claim. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005) ("[t]raditional abuse of discretion challenges recast as alleged due

process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

We do not consider whether the petitioners established ten years of continuous physical presence, because their failure to establish the requisite hardship is dispositive. *See* 8 U.S.C. § 1229b(b)(1); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 889 (9th Cir.2003) (noting that an applicant must establish continuous physical presence, good moral character and hardship to qualify for relief).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

